JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
ARTURO VAZQUEZ

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  v.<br><br>ARTURO VAZQUEZ,<br><br>       Defendant. | CR 18-00056-002 JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: CONTINUING**<br>**SENTENCING HEARING** |

The parties HEREBY STIPULATE, the date currently scheduled, May 17, 2019, 9:30 a.m., for sentencing, before the Honorable Jon. S. Tigar, United States District Judge, be continued to June 21, 2019, at 9:30 a.m. For the reason stated below, the parties respectfully request that the Court sign the attached order continuing the sentencing hearing.

Defendant Arturo Vazquez, represented by Juliana Drous, entered a guilty plea, pursuant to a plea agreement, on January 11, 2019, to Count four of the Superseding Information, a violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), distribution of 50 grams or more of a mixture and substance containing methamphetamine. Due to a family health emergency, Ms. Drous has requested this continuance.

The 35 day draft presentence report was completed on June 12, 2019. Because Ms. Drous will be out of the state for at least the next two weeks, she is unable to prepare and submit a response to Jessica Goldsberry, U.S. Probation Officer, on the day it is now due. Therefore, in order that Mr.

Vazquez receive effective assistance at sentencing, to which he is entitled, Ms. Drous has request this continuance.

Probation Officer Goldsberry has been consulted regarding this request. She stated she has no objection to continuing the sentencing hearing to June 21, 2019.

DATED: April 16, 2019

/s/
JULIANA DROUS
Attorney for Defendant
ARTURO VAZQUEZ

DATED: April 16, 2019

/s/
NIKHIL BHAGAT
Asst. United States Attorney

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, that the sentencing hearing currently scheduled on May 17, 2018, at 9:30 a.m., be continued to June 21, 2019, at 9:30 a.m.

DATED: April 17, 2019

HON. JON S. TIGAR
U.S. Federal District Court Judge